UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HILL,<br><br>    Plaintiff,<br><br>    v.<br><br>SGT. BROMMEL, et al.,<br><br>    Defendants. | 1:03-CV-06875-OWW-DLB-P<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br>(DOCUMENT #11) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 9, 2006, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file an amended complaint, pursuant to the court's order of May 10, 2006.

IT IS SO ORDERED.

Dated:   July 12, 2006                     /s/ Dennis L. Beck
3c0hj8                                UNITED STATES MAGISTRATE JUDGE