IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **RICHARD ROSCOE HILL,** | 1:03-CV-6875 OWW DLB P |
| Plaintiff, | **ORDER** |
| v. | |
| **M. BROMMEL, et al.,** | |
| Defendants. | |

On August 1, 2007, Defendants sought leave of the Court for an extension of time to file an answer to Plaintiff's complaint. They further asked that if granted, they be granted an additional 30 days to file their answer.

**IT IS HEREBY ORDERED.** Upon careful examination of the moving documents, the Court finds good cause and grants Defendants' request for an additional 30 days to file their answer.

IT IS SO ORDERED.

Dated:   August 1, 2007          /s/ Dennis L. Beck
                                  UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1