IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ROSCOE HILL, | 1:03-cv-06875 OWW DLB (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME |
| vs. | (DOCUMENT #27) |
| M. BROMMEL, et al., | THIRTY DAY DEADLINE |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 14, 2007, plaintiff filed a motion to extend time. Pending before the court is the defendants' motion to dismiss, filed August 30, 2007. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file a response to the motion to dismiss.

IT IS SO ORDERED.

Dated:   September 26, 2007            /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE