UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ROSCOE HILL, | 1:03-cv-06875-OWW-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 30) |
| vs. | **ORDER DISMISSING ENTIRE ACTION** |
| M. BROMMEL, et al., | |
| Defendants. | |

    Plaintiff, Richard Roscoe Hill ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On January 25, 2008, the Magistrate Judge filed Findings and a Recommendation herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendation were to be filed within thirty (30) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendation.

//

1

1  In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  <u>de novo</u> review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendation to
5  be supported by the record and by proper analysis.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1.  The Findings and Recommendation, filed January 25,
8  2008, are ADOPTED IN FULL; and,
9  2.  This entire action is DISMISSED, with prejudice, for
10 plaintiff's failure to state a claim upon which relief may be
11 granted.
12 IT IS SO ORDERED.
13 **Dated:   March 12, 2008**                    /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE